**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   **CRIMINAL NO. TDC-19-509** |
| | * |
| **ANITRA EDMOND,** | * |
| | * |
| Defendant | * |
| | * |
| ******* | |

**<u>GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING</u>**

On October 28, 2019, the United States Attorney filed an Information charging the defendant with wire fraud, in violation of 18 U.S.C. § 1343. ECF No. 1. On November 8, 2019, the defendant pleaded guilty pursuant to a plea agreement. ECF No. 7. The U.S. Probation Officer has prepared a presentence report. ECF No. 15. The defendant filed a memorandum in aid of sentencing on February 7, 2019.

The Government will discuss each 18 U.S.C. § 3553(a) factor at sentencing. While typically the defendant's criminal conduct would merit a term of imprisonment, in this case the Government agrees with the Probation Officer and the defendant that the defendant should be sentenced to a term of probation. The term should last five years, and should include a period of home confinement of eight months, with appropriate exceptions for family-related and other activities. The defendant also should be prohibited from engaging in any employment or other activity involving control over the funds of others. The Government agrees with the other probationary conditions proposed by the Probation Officer. Pursuant to the plea agreement, the defendant should be ordered to pay restitution of $35,188.63. ECF No. 10 ¶ 16. The Government also will file an appropriate forfeiture order. *See* ECF No. 10 ¶ 12.

- 2 -

Respectfully submitted,

Robert K. Hur
United States Attorney

/s/
Thomas P. Windom
Assistant United States Attorney